**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2500**

---

RODNEY VICTOR HARRIS,

                                        Plaintiff - Appellant,

        versus

ANGI NICOLE MORRIS, Attorney At Law; GILMER,
SADLER, INGRAM, SUTHERLAND & HUTTON, L.L.P.,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-560-7)

---

Submitted:  April 23, 2004              Decided:  May 11, 2004

---

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rodney Victor Harris, Appellant Pro Se.  Jim Harold Guynn, Jr.,
GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia; Phillip Verne
Anderson, Kevin Osborne Barnard, FRITH, ANDERSON & PEAKE, Roanoke,
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order dismissing his complaint alleging claims under 42 U.S.C. § 1983 (2000) and state law. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Harris's motions for a stay, to supplement the record with circuit court transcripts, and for a continuance, and we dismiss the appeal on the reasoning of the district court. See Harris v. Morris, No. CA-03-560-7 (W.D. Va. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED